## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LORETTA BYRNS, | * | CIVIL ACTION NO.3:14-cv-70 |
| PLAINTIFF, | * | |
| | * | |
| v. | * | |
| | * | COMPLAINT |
| JACOB LAW GROUP, PLLC., | * | |
| DEFENDANT | * | |

Plaintiff, LORETTA BYRNS f/k/a LORETTA SHEETS ("Plaintiff"), through her attorneys, alleges the following against JACOB LAW GROUP, PLLC. ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* ("FDCPA").

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the State of Louisiana and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Prairieville, Ascension Parish, Louisiana.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

8. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

9. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

10. Defendant is a debt collection law firm located in Oxford, Mississippi.

## FACTUAL ALLEGATIONS

11. In or around July of 2013, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

12. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

13. Defendant called Plaintiff's telephone number at 225-622-16XX.

14. In July of 2013, Defendant called Plaintiff and left a voicemail message for Plaintiff. *See* transcribed voicemail message attached hereto as Exhibit A.

15. In the voicemail message, Defendant's representative, "Wesley Arondale" failed to meaningfully disclose the nature of the call or state that the call was from a debt collector. *See* Exhibit A.

16. In the voicemail message, Defendant's representative, "Wesley Arondale", directed Plaintiff to call him back at 1-877-238-2868, which is a number that belongs to Defendant. *See* Exhibit A.

17. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to

2

collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

   a. Defendant violated § 1692e of the FDCPA by using false, deceptive or misleading representation with the collection of the debt.

   b. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

   c. Defendant violated § 1692e(11) of the FDCPA by failing to disclose that the call was from a debt collector.

WHEREFORE, Plaintiff, LORETTA BYRNS, respectfully requests judgment be entered against Defendant, JACOB LAW GROUP, PLLC. for the following:

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k , and

21. Any other relief that this Honorable Court deems appropriate.

                                        RESPECTFULLY SUBMITTED,

Dated: February 3, 2014          By: /s/ Denis Vega
                                          Denis Vega
                                          Vega & Associates, LLC
                                          4505 Gary Mikel Ave
                                          Metairie, LA 70002
                                          Tel: 504-913-0868
                                          dvega@vegalaw.net
                                          Attorney for Plaintiff,
                                          LORETTA BYRNS