UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LORETTA BYRNS

CIVIL ACTION

VERSUS

NO. 14-70-JJB

JACOB LAW GROUP, PLLC

### CONDITIONAL DISMISSAL ORDER

Having been informed that the parties have come to a settlement agreement;

IT IS ORDERED that this action be and it is hereby DISMISSED without prejudice to the right, upon good cause shown, to reopen the case within **60** days to enforce the terms of the settlement agreement.

The clerk's office shall terminate all pending deadlines and motions.

Baton Rouge, Louisiana, June 16, 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA