**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| LORETTA BYRNS, | ) |
| Plaintiff, | ) |
| | ) No. 3:14-cv-70 |
| v. | ) |
| | ) **ORDER OF** |
| JACOB LAW GROUP, PLLC, | ) **DISMISSAL** |
| | ) |
| Defendant. | ) |

## O R D E R

IT IS ORDERED THAT the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

Signed in Baton Rouge, Louisiana, on June 25, 2014.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**